# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Ginsburg, Ruth B. | 2. Court or Organization  Supreme Court of the United States | 3. Date of Report  05/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Associate Justice | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Supreme Court of the United States
One First Street, NE
Washington, DC 20543

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust Article Fourth U/W Martin D. Ginsburg |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | 2016 | International Creative Management, Simon and Schuster, book royalties, "My Own Words" | $204,534.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Brandeis University | January 28-29, 2016 | Boston, MA | Participant in Centennial Celebration of Louis Brandeis' Supreme Court Appointment | transportation, lodging, food |
| 2. | European University Institute | January 30 - February 3, 2016 | Florence, Italy | Participant in EUI Florence program | transportation, lodging, food |
| 3. | New York City Bar Association | February 8, 2016 | New York, NY | Participant in annual NY City Bar Ruth Bader Ginsburg Lecture | transportation, lodging, food |
| 4. | Second Circuit | May 25-26, 2016 | Mohonk Mountain, NY | Participant in Second Circuit Judicial Conference | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | New York University | July 18-23, 2016 | Barcelona, Spain | Participant in NYU Conference in Barcelona | transportation, lodging, food |
| 6. | University of Venice | July 23-29, 2016 | Venice, Italy | Participant in Mock Trial program | transportation, lodging, food |
| 7. | Loyola University Chicago | September 11, 2016 | Chicago, IL | Participant in Tribute to Justice Scalia program | transportation, lodging, food |
| 8. | University of Notre Dame | September 12, 2016 | South Bend, IN | Participant in conversational program | transportation, lodging, food |
| 9. | Fordham University | September 20, 2016 | New York, NY | Participant in conversational program | transportation, lodging, food |
| 10. | Temple Emanu-El | September 21, 2016 | New York, NY | Participant in conversational program | transportation, lodging, food |
| 11. | New York City Bar | October 25, 2016 | New York, NY | Participant in conversational program | transportation, lodging, food |
| 12. | Second Circuit | October 26, 2016 | New York, NY | Participant in Special Session of Second Circuit Court of Appeals | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ginsburg, Ruth B. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking account-JP Morhan formerlyMorgan Guaranty Trust Co., NYC | | None | K | T | | | | | |
| 2. Checking account PNC Bank, DC | A | Int./Div. | | | Closed | 10/21/16 | J | | |
| 3. TIAA CREF Retirement Accounts (H) | | | | | | | | | |
| 4. Columbia Universiy Retirement Plan (H) | | | | | | | | | |
| 5. -TIAA Traditional | E | Interest | O | T | Distributed (part) | 12/01/16 | K | | |
| 6. NJ ABP Pre 1995 403(B) Plan (H) | | | | | | | | | |
| 7. -TIAA Traditional | D | Interest | N | T | Distributed (part) | 12/01/16 | K | | |
| 8. Columbia University Voluntary Retirement (H) | | | | | | | | | |
| 9. -TIAA Traditional | B | Int./Div. | L | T | Distributed (part) | 12/01/16 | J | | |
| 10. -TIAA Real Estate | D | Int./Div. | L | T | Distributed (part) | 12/01/16 | J | | |
| 11. -CREF Stock R3 | D | Int./Div. | L | T | Distributed (part) | 12/01/16 | J | | |
| 12. -CREF Inf Linked Bond R3 | A | Int./Div. | J | T | Distributed (part) | 12/01/16 | J | | |
| 13. TIAA CREF IRA #1 (H)) | | | | | | | | | |
| 14. -TIAA Traditional | A | Interest | J | T | Donated (part) | | | | |
| 15. ¬CREF Social Choice R1 | A | Int./Div. | J | T | Donated (part) | | | | |
| 16. -TIAA Real Estate | A | Int./Div. | J | T | Donated (part) | | | | |
| 17. -CREF Bond Market R1 | A | Interest | J | T | Donated (part) | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -CREF Stock R1 | A | Int./Div. | J | T | Donated (part) | | | | |
| 19. -TC Social Change EQ Ret | A | Int./Div. | J | T | Donated (part) | | | | |
| 20. -TC Intl EQ Ret | A | Int./Div. | J | T | Donated (part) | | | | |
| 21. -TC Mid Cap Val Ret | A | Int./Div. | J | T | Donated (part) | | | | |
| 22. -TC Lg Cap Val IDX Ret | A | Int./Div. | J | T | Donated (part) | | | | |
| 23. -TC Intl Eq Idx Ret | A | Int./Div. | J | T | Donated (part) | | | | |
| 24. -TC Sm Cap Eq Ret | A | Int./Div. | J | T | Donated (part) | | | | |
| 25. -TC Infl Lnkd Bond Ret | A | Interest | J | T | Donated (part) | | | | |
| 26. -TC Bond Ret | A | Interest | J | T | Donated (part) | | | | |
| 27. TIAA IRA # 2 (H) | | | | | | | | | |
| 28. -TIAA Traditional | A | Interest | J | T | Donated (part) | | | | |
| 29. -CREF Social Choice R1 | A | Int./Div. | J | T | Donated (part) | | | | |
| 30. -TIAA Real Estate | A | Int./Div. | J | T | Donated (part) | | | | |
| 31. -CREF Bond Market R1 | A | Interest | J | T | Donated (part) | | | | |
| 32. -CREF Stock R1 | A | Int./Div. | J | T | Donated (part) | | | | |
| 33. -TC Social Change EQ Ret | A | Int./Div. | J | T | Donated (part) | | | | |
| 34. -TC Intl EQ Ret | A | Int./Div. | J | T | Donated (part) | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -TC Mid Cap Val Ret | A | Int./Div. | J | T | Donated (part) | | | | |
| 36. -TC Lg Cap Val IDX Ret | A | Int./Div. | J | T | Donated (part) | | | | |
| 37. -TC Intl Eq Idx Ret | A | Int./Div. | J | T | Donated (part) | | | | |
| 38. -TC Sm Cap Eq Ret | A | Int./Div. | J | T | Donated (part) | | | | |
| 39. -TC Infl Lnkd Bond Ret | A | Interest | J | T | Donated (part) | | | | |
| 40. -TC Bond Ret | A | Interest | J | T | Donated (part) | | | | |
| 41. TIAA CREF Mutual Funds (H) | | | | | | | | | |
| 42. -TIAA CREF Midcap Growth Fund (X) | A | Dividend | | | Sold | 06/09/16 | O | E | |
| 43. -TIAA CREF Short Term Bond Fund (X) | A | Dividend | | | Sold | 06/09/16 | L | B | |
| 44. Fried Frank Pension (commenced on death of spouse) | G | Distribution | O | T | | | | | |
| 45. JP Morgan Intermediate Tax Free Income Fund | D | Interest | | | Sold | 12/27/16 | O | A | |
| 46. JP Morgan Equity Income | B | Dividend | M | T | | | | | |
| 47. JP Morgan Market Expansion | B | Dividend | M | T | | | | | |
| 48. JP Morgan Investment Cash | A | Interest | O | T | | | | | |
| 49. JP Morgan Tax Aware Equity | B | Dividend | M | T | | | | | |
| 50. JP Morgan Strategic Income Opportunity | D | Dividend | N | T | | | | | |
| 51. JP Morgan Intrepid European Fund | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JP Morgan Equity Focus Fund | A | Dividend | M | T | | | | | |
| 53. JP Morgan Unconstrained Debt Fund formerly Multi Sector Income Fund | D | Dividend | M | T | | | | | |
| 54. JP Morgan SH-INT Muni Bond Fund | D | Int./Div. | | | Sold | 12/27/16 | N | A | |
| 55. SPDR S&P 500 ETF Trust | D | Dividend | M | T | | | | | |
| 56. ISHARES Core S&P Mid Cap ETF | C | Dividend | M | T | | | | | |
| 57. ISHARES MSCI EAFE Index Fund | B | Dividend | L | T | | | | | |
| 58. JPM Global Res Enh Index Fund | C | Dividend | M | T | | | | | |
| 59. DEUTSCHE X-TRACKERSMSCI EAF | B | Dividend | L | T | | | | | |
| 60. DEUTSHE X-TRACKERS MSCI EUR | C | Dividend | L | T | | | | | |
| 61. ISHARES MSCI JAPAN INDEX FUND | A | Dividend | K | T | | | | | |
| 62. Trust Article 4th u/w/o Martin D. Ginsburg (beneficiary, trustee) (H) | | | | | | | | | |
| 63. -TIAA CREF Mid Cap Growth | A | Int./Div. | | | Sold | 01/19/16 | K | A | |
| 64. -TIAA CREF High Yield Fund | A | Int./Div. | | | Sold | 06/13/16 | K | A | |
| 65. Met Life (X) | A | Dividend | | | Sold | 7/13/16 | J | A | |
| 66. -JP Morgan Chase Checking | | None | J | T | | | | | |
| 67. -Wegoma 1974 Associates, New York, NY | E | Rent | | | Distributed | 12/31/16 | K | | |
| 68. Detroit MI SWR DISP 5.5% , 07/01/2036 | A | Interest | L | T | Buy | 12/29/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Arnold, MO Sales Tax Incr Rev 7.75 %, 5/1/2027 | A | Interest | K | T | Buy | 12/30/16 | K | | |
| 70. Milwaukee WI Swrage Rev 5%, 6/1/2019 | A | Interest | L | T | Buy | 12/29/16 | L | | |
| 71. North Carolina Eastern Muni PWR Agency4.5%, 1/1/2024 | A | Interest | L | T | Buy | 12/29/16 | L | | |
| 72. Wichita, KS WTR & SWR Util Rev 5%, 10/1/2024 | A | Interest | L | T | Buy | 12/30/16 | L | | |
| 73. Bernstein DiversifiedMuni Portfolio Fund | B | Int./Div. | L | T | Buy | 06/03/16 | J | | |
| 74. | | | | | Buy (add'l) | 06/09/16 | L | | |
| 75. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 76. Calvert US Large Cap Core Responsible Index FD | B | Dividend | L | T | Buy | 06/03/16 | J | | |
| 77. | | | | | Buy (add'l) | 06/09/16 | K | | |
| 78. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 79. DFA US Sustainability Core Port | B | Dividend | M | T | Buy | 06/03/16 | J | | |
| 80. | | | | | Buy (add'l) | 06/09/16 | K | | |
| 81. | | | | | Buy (add'l) | 06/10/16 | K | | |
| 82. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 83. DFA US Social Core Equity 2 | B | Dividend | L | T | Buy | 06/03/16 | J | | |
| 84. | | | | | Buy (add'l) | 06/09/16 | L | | |
| 85. | | | | | Buy (add'l) | 08/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DFA Emerging MarketsSocial Core Equity | A | Dividend | K | T | Buy | 06/03/16 | J | | |
| 87. | | | | | Buy (add'l) | 06/09/16 | K | | |
| 88. DFA Intl Social Core Equity | C | Dividend | L | T | Buy | 06/03/16 | J | | |
| 89. | | | | | Buy (add'l) | 06/09/16 | L | | |
| 90. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 91. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 92. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 93. Franklin High Yield Tax Free Income | B | Int./Div. | K | T | Buy | 06/03/16 | J | | |
| 94. | | | | | Buy (add'l) | 06/09/16 | K | | |
| 95. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 96. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 97. | | | | | Sold (part) | 12/22/16 | K | A | |
| 98. Pimco Emerging Local Bond | B | Int./Div. | K | T | Buy | 06/03/16 | J | | |
| 99. | | | | | Buy (add'l) | 06/09/16 | K | | |
| 100. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 101. | | | | | Sold (part) | 12/22/16 | J | A | |
| 102. T Rowe Price Summit Muni Intermediate | B | Int./Div. | L | T | Buy | 06/03/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 06/09/16 | L | | |
| 104. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 105. | | | | | Sold (part) | 12/22/16 | J | A | |
| 106. Thornberg Intermed Muni Natl inst | B | Int./Div. | L | T | Buy | 06/03/16 | J | | |
| 107. | | | | | Buy (add'l) | 06/09/16 | L | | |
| 108. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 109. Wells FargoUltra Short Term Muni Income | A | Int./Div. | L | T | Buy | 06/03/16 | J | | |
| 110. | | | | | Buy (add'l) | 06/09/16 | L | | |
| 111. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 112. ISHARES TR Russell Mid Cap Growth | A | Dividend | K | T | Buy | 06/03/16 | J | | |
| 113. | | | | | Buy (add'l) | 06/09/16 | K | | |
| 114. | | | | | Buy (add'l) | 06/10/16 | J | | |
| 115. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 116. ISHARES TR Russel 2000 Value | A | Dividend | K | T | Buy | 06/03/16 | J | | |
| 117. | | | | | Buy (add'l) | 06/09/16 | K | | |
| 118. ISHARES TR MSCI EAFE Small Cap | B | Dividend | K | T | Buy | 06/03/16 | J | | |
| 119. | | | | | Buy (add'l) | 06/09/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 121. | | | | | Sold (part) | 12/22/16 | J | A | |
| 122.  SPDR SER TR Dow Jones REIT | B | Dividend | K | T | Buy | 06/03/16 | J | | |
| 123. | | | | | Buy (add'l) | 06/09/16 | K | | |
| 124. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 125. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 126. | | | | | Sold (part) | 12/22/16 | J | A | |
| 127.  TIAA Invesrment Cash | | None | J | T | | | | | |
| 128.  TIAA Checking Cash | | None | L | T | | | | | |
| 129.  Wegoma 1974 Associates (X), New York, NY | A | Rent | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII item 32 Trust was created under article fourth of the will of Martin D. Ginsburg (spouse, deceased 6/27/10). Trust was not funded until July 31, 2013.

Part VII item 3 TIAA CREF Retirement accounts. Due to the change in the filing instructions, the aggregate reporting rule was rescinded and therefore the TIAA CREF retirement accounts are detailed on line 4 through 40.

Part VII Item 41 TIAA CREF Mutual Funds. Listed in prior years as single line item.. In current year, listed details on items 42 and 43.

Part VII Item 65 Met Life . Shares were transferred in from the Eatate of Martin D. Ginsburg. (late spouse). Shares subsequently sold.

Part VII Items 67 and 129. Wegoma 1974 Associates a real estate partnership. Partnership interest was transferred on 12/31/16 from Trust u/w Article IV.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Ruth B. Ginsburg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544